UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Yi-Han Liou

       v.                                                     Case No. 1:26-cv-00089-JL-TSM

Patricia Hyde, et al.

## **ORDER**

Before the court is the habeas petition brought by Yi-Han Liou challenging her ongoing ICE detention.[1]  After reviewing the petition, the court ordered the respondents to show cause why it should not afford the petitioner the same relief ordered in *Destino v. FCI Berlin*, 2025 WL 4010424 (D.N.H. Dec. 24, 2025) (Elliott, C.J.).[2]  While the respondents initially objected to the applicability of *Destino* in this case, they have since filed a "Motion for Order for Bond Hearing" in which they "respectfully request that the court grant the petition to the extent that it issue an order for petitioner to appear before an Immigration Judge for a bond hearing and ruling on bond pursuant to 8 U.S.C. § 1226(a) as soon as practicable."[3]

Thus, the respondents having rescinded their objection to the petition, the court GRANTS the petition[4] for a bond hearing and orders the respondents to provide the petitioner with a bond hearing as soon as practicable.  The petition is denied in all other respects.  The parties shall file a status report on or before **April 2, 2026**.

        SO ORDERED.

                                       Joseph N. Laplante
                                       United States District Judge

Dated: March 23, 2026

Cc: Counsel of record

---

[1] Doc. no. 1.
[2] Doc. no. 13.
[3] Doc. no. 27 at 1-2.
[4] Doc. no. 1.